UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO. 1:12-MJ-402; |
| | : | 1:12-MJ-403; 1:12-MJ-404 |
| v. | : | **MOTION TO UNSEAL ARREST** |
| | : | **WARRANT, CRIMINAL COMPLAINT** |
| CARLOS MATEO | : | **AND SUPPORTING AFFIDAVIT** |
| ERICK CAIMINO | | |
| JORGE TRINIDAD | : | |

- - - - - - - - - - - - - - - - - - - -

Now comes the United States Attorney for the Southern District of Ohio and in the above-captioned case states that the previously sealed arrest warrants, criminal complaints, and supporting affidavits may now be unsealed.

Respectfully submitted,

CARTER M. STEWART
United States Attorney

s/ Karl P. Kadon III
KARL P. KADON III (0009324)
Assistant United States Attorney
221 East Fourth Street
Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Fax:(513) 684-2047
Karl.Kadon@usdoj.gov

SO ORDERED.

HONORABLE STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE